UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Paul W Vesper  
    Jillian M Thurn Vesper  
        Debtor(s)

Case No. 16-25263

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/05/2016.

2) The plan was confirmed on 10/21/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/24/2017.

5) The case was dismissed on 11/03/2017.

6) Number of months from filing to last payment: 12.

7) Number of months case was pending: 17.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $29,250.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $11,019.21 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $11,019.21

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $546.34 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $2,546.34

Attorney fees paid and disclosed by debtor: $2,000.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICREDIT FINANCIAL DBA GM F | Secured | 22,754.80 | 22,754.80 | 22,754.80 | 4,254.26 | 1,021.88 |
| AT&T MOBILITY II LLC | Unsecured | 832.68 | 2,639.99 | 2,639.99 | 0.00 | 0.00 |
| BAXTER CREDIT UNION | Unsecured | 17,413.00 | 17,413.23 | 17,413.23 | 0.00 | 0.00 |
| BAXTER CREDIT UNION | Unsecured | 2,000.00 | 2,000.00 | 2,000.00 | 0.00 | 0.00 |
| BAXTER CREDIT UNION | Unsecured | NA | 109.24 | 109.24 | 0.00 | 0.00 |
| BECKET & LEE LLP | Unsecured | 2,441.15 | 2,191.15 | 2,191.15 | 0.00 | 0.00 |
| CAPITAL ASSET RECOVERY LLC | Secured | 3,788.00 | 3,000.00 | 3,000.00 | 1,879.99 | 101.08 |
| CAPITAL ONE BANK USA | Unsecured | 2,219.00 | 2,377.64 | 2,377.64 | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 762.00 | 800.46 | 800.46 | 0.00 | 0.00 |
| CAVALRY SPV I LLC | Unsecured | 855.00 | 1,036.53 | 1,036.53 | 0.00 | 0.00 |
| CAVALRY SPV I LLC | Unsecured | 485.00 | 525.96 | 525.96 | 0.00 | 0.00 |
| CERASTES LLC | Unsecured | 2,000.00 | 2,673.83 | 2,673.83 | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 535.97 | 535.97 | 535.97 | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 226.00 | 301.34 | 301.34 | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 1,065.00 | 1,165.88 | 1,165.88 | 0.00 | 0.00 |
| COMENITY CAPITAL BANK | Unsecured | 656.84 | 656.84 | 656.84 | 0.00 | 0.00 |
| COMENITY CAPITAL BANK | Unsecured | 363.00 | 880.15 | 880.15 | 0.00 | 0.00 |
| DISCOVER BANK | Unsecured | 1,077.00 | 1,158.28 | 1,158.28 | 0.00 | 0.00 |
| FALLS COLLECTION SVC | Unsecured | 451.00 | 451.17 | 451.17 | 0.00 | 0.00 |
| FALLS COLLECTION SVC | Unsecured | 192.00 | 192.03 | 192.03 | 0.00 | 0.00 |
| FALLS COLLECTION SVC | Unsecured | 122.00 | 121.70 | 121.70 | 0.00 | 0.00 |
| HEIGHTS FINANCE CORP | Unsecured | 1,853.00 | 1,914.03 | 1,914.03 | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT AGENT FO | Unsecured | 974.00 | 1,093.98 | 1,093.98 | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT AGENT FO | Unsecured | 392.00 | 471.02 | 471.02 | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT AGENT FO | Unsecured | 1,170.00 | 1,285.05 | 1,285.05 | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT AGENT FO | Unsecured | 1,353.00 | 1,405.06 | 1,405.06 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MIDLAND CREDIT MGMT AGENT FO | Unsecured | 1,146.00 | 1,260.76 | 1,260.76 | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT AGENT FO | Unsecured | 1,060.30 | 1,060.30 | 1,060.30 | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT AGENT FO | Unsecured | 987.00 | 1,036.27 | 1,036.27 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 2,073.98 | 1,935.96 | 1,935.96 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 1,254.00 | 1,358.03 | 1,358.03 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 370.00 | 412.46 | 412.46 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 288.00 | 298.33 | 298.33 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 468.00 | 524.74 | 524.74 | 0.00 | 0.00 |
| QUANTUM3 GROUP | Unsecured | 2,126.00 | 4,019.44 | 4,019.44 | 0.00 | 0.00 |
| QUANTUM3 GROUP | Unsecured | 1,060.00 | 1,923.66 | 1,923.66 | 0.00 | 0.00 |
| QUANTUM3 GROUP | Unsecured | 2,459.10 | 2,459.10 | 2,459.10 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA DBA C | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ADVOCATE SHERMAN HOSPITAL | Unsecured | 149.10 | NA | NA | 0.00 | 0.00 |
| ADVOCATE SHERMAN HOSPITAL | Unsecured | 5,627.97 | NA | NA | 0.00 | 0.00 |
| DRIVE NOW | Unsecured | 788.00 | NA | NA | 0.00 | 0.00 |
| ACL LABORATORIES | Unsecured | 57.86 | NA | NA | 0.00 | 0.00 |
| ACL LABORATORIES | Unsecured | 192.03 | NA | NA | 0.00 | 0.00 |
| ACL LABORATORIES | Unsecured | 451.17 | NA | NA | 0.00 | 0.00 |
| VISA DEPT STORE NATIONAL BANK/ | Unsecured | 536.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE MEDICAL GROUP | Unsecured | 479.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 274.00 | NA | NA | 0.00 | 0.00 |
| CEPAMERICA ILLINOIS LLP | Unsecured | 464.00 | NA | NA | 0.00 | 0.00 |
| CEPAMERICA ILLINOIS LLP | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| CEPAMERICA ILLINOIS LLP | Unsecured | 20.79 | NA | NA | 0.00 | 0.00 |
| CEPAMERICA ILLINOIS LLP | Unsecured | 103.97 | NA | NA | 0.00 | 0.00 |
| CEPAMERICA ILLINOIS LLP | Unsecured | 19.32 | NA | NA | 0.00 | 0.00 |
| CEPAMERICA ILLINOIS LLP | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| CEPAMERICA ILLINOIS LLP | Unsecured | 165.00 | NA | NA | 0.00 | 0.00 |
| CEPAMERICA ILLINOIS LLP | Unsecured | 19.32 | NA | NA | 0.00 | 0.00 |
| CEPAMERICA ILLINOIS LLP | Unsecured | 19.32 | NA | NA | 0.00 | 0.00 |
| CEPAMERICA ILLINOIS LLP | Unsecured | 19.32 | NA | NA | 0.00 | 0.00 |
| CEPAMERICA ILLINOIS LLP | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| CEPAMERICA ILLINOIS LLO | Unsecured | 28.84 | NA | NA | 0.00 | 0.00 |
| CEPAMERICA ILLINOIS LLP | Unsecured | 160.32 | NA | NA | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS INC | Unsecured | 443.32 | NA | NA | 0.00 | 0.00 |
| CHRISTINA R KROMKOWSKI DDS PC | Unsecured | 375.60 | NA | NA | 0.00 | 0.00 |
| HOME DEPOT CREDIT SERVICES | Unsecured | 524.74 | NA | NA | 0.00 | 0.00 |
| ICS COLLECTION SERVICE INC | Unsecured | 419.00 | NA | NA | 0.00 | 0.00 |
| ICS INC/ADVOCATE MEDICAL GROU | Unsecured | 129.00 | NA | NA | 0.00 | 0.00 |
| ICS INC | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| UCSF DERMATOLOGY AND ORAL | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| KEYNOTE CONSULTING INC | Unsecured | 87.13 | NA | NA | 0.00 | 0.00 |
| KEYNOTE CONSULTING INC | Unsecured | 45.05 | NA | NA | 0.00 | 0.00 |
| MATERNAL FETAL CONSULTANTS S | Unsecured | 1,126.80 | NA | NA | 0.00 | 0.00 |
| MCHENRY DENTAL SPECIALISTS | Unsecured | 437.20 | NA | NA | 0.00 | 0.00 |
| MED BUSINESS BUREAU/UNITED AN | Unsecured | 1,800.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 1,800.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST CENTER FOR WOMANS HE | Unsecured | 62.83 | NA | NA | 0.00 | 0.00 |
| MIDWEST CENTER FOR WOMANS HE | Unsecured | 1,766.04 | NA | NA | 0.00 | 0.00 |
| MIRA MED | Unsecured | 7,412.62 | NA | NA | 0.00 | 0.00 |
| MIRA MED | Unsecured | 81.31 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| MIRA MED | Unsecured | 5,692.71 | NA | NA | 0.00 | 0.00 |
| MIRAMED | Unsecured | 332.10 | NA | NA | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP/SHERM | Unsecured | 1,268.00 | NA | NA | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP/SHERM | Unsecured | 149.00 | NA | NA | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP/SHERM | Unsecured | 1,340.83 | NA | NA | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP/SHERM | Unsecured | 332.10 | NA | NA | 0.00 | 0.00 |
| PEDIATRIX MEDICAL GROUP | Unsecured | 37.03 | NA | NA | 0.00 | 0.00 |
| PERSONAL FINANCE/P312 | Unsecured | 852.00 | NA | NA | 0.00 | 0.00 |
| STANISLAUS CRED CONTROL SVC IN | Unsecured | 165.00 | NA | NA | 0.00 | 0.00 |
| STANISLAUS CREDIT CONTROL SER | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| STANISLAUS CREDIT CONTROL SER | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| STANISLAUS CREDIT CONTROL SER | Unsecured | 141.00 | NA | NA | 0.00 | 0.00 |
| STANISLAUS CREDIT CONTROL SER | Unsecured | 19.32 | NA | NA | 0.00 | 0.00 |
| STANISLAUS CREDIT CONTROL SER | Unsecured | 165.16 | NA | NA | 0.00 | 0.00 |
| STANISLAUS CREDIT CONTROL SER | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| STREAMWOOD CLINIC | Unsecured | 87.49 | NA | NA | 0.00 | 0.00 |
| VALLEY AMBULATORY SURGERY C | Unsecured | 1,082.00 | NA | NA | 0.00 | 0.00 |
| VASC ANESTHESIA/BILLIN SERVICES | Unsecured | 59.28 | NA | NA | 0.00 | 0.00 |
| FOX VALLEY EAR NOSE & THROAT | Unsecured | 94.64 | NA | NA | 0.00 | 0.00 |
| FOX VALLEY LABORATORY | Unsecured | 40.32 | NA | NA | 0.00 | 0.00 |
| FOX VALLEY LABORATORY | Unsecured | 66.16 | NA | NA | 0.00 | 0.00 |
| GORDONS JEWELERS/CITICORP CR S | Unsecured | 488.00 | NA | NA | 0.00 | 0.00 |
| CITI/EXXON MOBILE/CITICORP CREI | Unsecured | 168.00 | NA | NA | 0.00 | 0.00 |
| FALLS COLLECTION SVC/ACL INC | Unsecured | 58.00 | NA | NA | 0.00 | 0.00 |
| FINANCIAL CONTROL SOLUTIONS | Unsecured | 192.03 | NA | NA | 0.00 | 0.00 |
| FINANCIAL CONTROL SOLUTIONS | Unsecured | 121.70 | NA | NA | 0.00 | 0.00 |
| DUNDEE DERMATOLOGY | Unsecured | 69.70 | NA | NA | 0.00 | 0.00 |
| DUNDEE DERMATOLOGY | Unsecured | 36.04 | NA | NA | 0.00 | 0.00 |
| SHERMAN HOSPITAL | Unsecured | 1,267.70 | 1,506.88 | 1,506.88 | 0.00 | 0.00 |
| STERLING JEWELERS INC | Secured | 2,294.74 | 2,294.74 | 2,294.74 | 673.76 | 85.96 |
| TD BANK USA NA | Unsecured | 864.00 | 863.92 | 863.92 | 0.00 | 0.00 |
| TRUGREEN | Unsecured | 72.90 | 267.48 | 267.48 | 0.00 | 0.00 |
| WELLS FARGO HOME MORTGAGE | Secured | 9,913.40 | 9,913.40 | 9,913.40 | 455.94 | 0.00 |
| WELLS FARGO HOME MORTGAGE | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $9,913.40 | $455.94 | $0.00 |
| Debt Secured by Vehicle | $25,754.80 | $6,134.25 | $1,122.96 |
| All Other Secured | $2,294.74 | $673.76 | $85.96 |
| **TOTAL SECURED:** | **$37,962.94** | **$7,263.95** | **$1,208.92** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$62,327.86** | **$0.00** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $2,546.34 |
| Disbursements to Creditors | $8,472.87 |
| **TOTAL DISBURSEMENTS:** | **$11,019.21** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/04/2018         By: /s/ Glenn Stearns
                                     Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**